Steven A. Bartholow, General Counsel, Daniel Joseph Bartnicki, Attorney General, U.S. Railroad Retirement Board, Chicago, IL, for Respondent.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

Samuel Hernandez petitions for review of the Railroad Retirement Board's (Board's) final decision adopting a hearings officer's determination that Hernandez is not entitled to a waiver of recovery of disability-annuity overpayments and is subject to a penalty for not timely reporting earnings over the allowable amount. Hernandez offers no valid basis for overturning the Board's decision; and upon careful review of the relevant record, we conclude that the Board's decision is sup-ported by substantial evidence, is not arbitrary, and has a reasonable basis in the law, *see Worms v. R.R. Ret. Bd.,* 255 F.3d 502, 505 (8th Cir.2001). Accordingly, the Board is affirmed. *See* 8th Cir. R. 47B.

**Gary J. GIESELMAN, Plaintiff–
Appellant**

v.

**Valeria Wilson JACKSON, Deputy, Correctional Officer, Washington County, Missouri, Individually; Vernon Wilson, Chief Deputy, Washington County, Missouri, Individually; Washington County, Missouri, Defendants–Appellees.**

**Chris Robert Wallace; Lanny
Parks, Defendants.**

**Kevin Schroeder; Lance Mason;
Shannon Thompson; Michael
Hahn, Defendants–Appellees.**

**Rodney Rawlins; Jason Gullett,
Defendants.**

Missouri Public Entity Risk Management Fund, Defendant–Appellee.

No. 12–2722.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 28, 2013.

Filed: May 31, 2013.

Gary J. Gieselman, St. Louis, MO, pro se.

Renee Jeanette Waters, Mark Zoole, Mark H. Zoole, P.C., St. Louis, MO, for Defendants–Appellees.

Chris Robert Wallace, Potosi, MO, pro se.

Lanny Parks, Pacific, MO, pro se.

Rodney Rawlins, Potosi, MO, pro se.

Jason Gullett, Belgrade, MO, pro se.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Gary Gieselman appeals the adverse portion of the district court's[1] judgment in his 42 U.S.C. § 1983 action. After careful review, we conclude that granting the summary judgment motion of certain defendants was proper for the reasons stated by the district court. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

1. The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.